PER CURIAM.

(No. 75-CC-768—

GRAND VALLEY STATE COLLEGE, Claimant, *vs.* STATE OF ILLINOIS, BOARD OF VOCATIONAL EDUCATION AND REHABILITATION, Respondent.

*Opinion filed April 9, 1975.*

GRAND VALLEY STATE COLLEGE, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-839—

CLEARBROOK CENTER, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 9, 1975.*

CLEARBROOK CENTER, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.